No. 1095, Misc. SIMARI v. WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1121, Misc. SHELDON v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 1124, Misc. KINMON v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 1133, Misc. OPPENHEIMER v. CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1136, Misc. DI PALERMO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 1140, Misc. WILSON v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. Petitioner *pro se. Frank S. Hogan* and *Malvina H. Guggenheim* for respondent.

No. 1145, Misc. WELLS v. TEXAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 1146, Misc. ORTEGA v. KROPP, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 1159, Misc. McINTOSH v. STEPHENSON ET AL. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for respondents.

No. 1164, Misc. CANTRELL v. CALIFORNIA ADULT AUTHORITY ET AL. C. A. 9th Cir. Certiorari denied.